**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-60496-CV-MIDDLEBROOKS

ANDREE CAMPBELL,

     Plaintiff,

v.

IL MULINO, INC.,

     Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Stipulation of Dismissal with Prejudice, filed June 23, 2025. (DE 12). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as moot.

(3) Except as otherwise agreed, the Parties shall each bear their own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 24th day of June, 2025.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE